1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    COREY ROBERTSON,                          No.  2:24-CV-02541-DMC-P

12                    Petitioner,

13            v.                                 <u>ORDER</u>

14    PATRICK COVELLO,

15                    Respondent.

16

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus under 28 U.S.C. § 2254.  Petitioner has not filed a complete application to proceed

19    in forma pauperis, along with a "certification from the warden or other appropriate officer of the

20    place of confinement showing the amount of money or securities that the petitioner has in any

21    account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section

22    2254 Cases, or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner will be

23    provided the opportunity to submit either a completed application to proceed in forma pauperis,

24    with the required certification, or pay the appropriate filing fee.  As to the certification

25    requirement, while a copy of Petitioner's prison trust account statement certified by prison

26    officials is not required to satisfy the requirement, such a statement will suffice.  Petitioner is

27    warned that failure to comply with this order may result in the dismissal of this action for lack of

28    prosecution and failure to comply with court rules and orders.  <u>See</u> Local Rule 110.

1

1                Accordingly, IT IS HEREBY ORDERED that:

2                1.     Petitioner shall submit on the form provided by the Clerk of the Court,

within 30 days from the date of this order, a complete application for leave to proceed in forma

pauperis, with the certification required by Rule 3(a)(2), or pay the appropriate filing fee; and

                2.     The Clerk of the Court is directed to send Petitioner a new form

Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  September 24, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2